UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Central States, Southeast and Souhwest Areas Pension Fund, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06454 |
| | Honorable Marvin E. Aspen |
| Ralph Jones Contractors, Inc. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 16, 2007:

MINUTE entry before Judge Marvin E. Aspen :Status hearing set for 12/27/2007 at 10:30 AM., in Courtroom 2525. The plaintifs are to notify the defendant of status date.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.