AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

CASE NUMBER: **07C 6454**

V.

ASSIGNED JUDGE: **JUDGE ASPEN**

Ralph Jones Contractors, Inc.,
a Missouri corporation

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Ralph Jones Contractors, Inc., a Missouri corporation
c/o: Michael R. Jones, Registered Agent
659 Tropicana Village Drive
Moscow Mills, MO 63362

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 14 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] AND 2 MINUTE ORDER DOCUMENTS, NUMBERED 9 & 10. | DATE NOVEMBER 20TH, 2007 |
| NAME OF SERVER (PRINT) STORMI L. SMITH / MARKIZL + ASSOC. | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 659 TROPICANA VILLAGE DR., MOSCOW MILLS, MO, 63362.

BY PERSONAL SERVICE ON ANGIE IVER, PERSON-N-CHARGE, 11:48AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOVEMBER 20TH, 2007      Signature of Server: Stormi L Smith

Address of Server: 2300 W. PORT PLZ. DR. STE 202, ST. LOUIS, MO, 63146

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.