# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Central States, Southeast and Souhwest Areas Pension
Fund, et al.

                                         Plaintiff,

v.                                                   Case No.:
                                                     1:07−cv−06454

                                                     Honorable Marvin
                                                     E. Aspen

Ralph Jones Contractors, Inc.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 27, 2007:

        MINUTE entry before Judge Marvin E. Aspen :The status hearing set for 1/3/08 is
reset to 1/24/2008 at 10:30 AM. Plaintiffs are to notify the defenant(s) of status
date.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.