**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CENTRAL STATES, SOUTHEAST AND ) 
SOUTHWEST AREAS PENSION FUND, )
and HOWARD McDOUGALL, trustee, )
)                    Case No. 07 C 6454
Plaintiffs, )
)                    District Judge Aspen
v. )
)                    Magistrate Judge Valdez
RALPH JONES CONTRACTORS, INC., )
a Missouri corporation, )
)
Defendant. )

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Central

States, Southeast and Southwest Areas Pension Fund, and Howard McDougall,

trustee, hereby give notice of their voluntary dismissal of the above captioned matter.

Plaintiffs further state that the dismissal shall be without prejudice.

/s/ Laura B. Bacon
Laura B. Bacon
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund and
Howard McDougall, as Trustee
9377 West Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

January 2, 2008

## <u>CERTIFICATE OF SERVICE</u>

I, Laura B. Bacon, one of the attorneys for Plaintiffs, Central States, Southeast

and Southwest Areas Pension Fund, certify that I served the foregoing Notice of

Voluntary Dismissal on Defendant by mailing said notice to:

    Michael R. Jones, Registered Agent
    Ralph Jones Contractors, Inc.
    659 Tropicana Village Drive
    Moscow Mills, MO 63362

Said Notice was deposited in the United States Mail at 9377 West Higgins Road,

Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 2nd

day of January 2008.


       /s/ Laura B. Bacon_____
       One of Central States' Attorneys